UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAYSON ALAN PAYNE,

        Petitioner,        Case No. 1:07-cv-1124

v.        Honorable Wendell A. Miles

MARY BERGHUIS et al.,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice as frivolous pursuant to Rule 4 of the Rules Governing § 2254.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated: November 29, 2007        /s/ Wendell A. Miles
        Wendell A. Miles
        Senior United States District Judge